UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT E. PEOPLES

    Plaintiff,

-v-

BILL SNETHKAMP, INC., JEREMY
"JAY" GLASPIE, and JOHN RIFE;
Jointly and severally,

    Defendants.

Case No. 20-cv-10160
Judge: Gershwin A. Drain

_____/

## STIPULATED ORDER FOR DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY'S FEES AS TO ALL DEFENDANTS

This matter having come on through the Stipulation of the parties and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Complaint is dismissed with prejudice and without costs or attorney's fees as to Plaintiff and all Defendants.

**IT IS FURTHER ORDERED** that this Order resolves all pending claims pleaded in the above captioned matter between Plaintiff and all Defendants and closes the case in its entirety between all of the parties.

Dated: August 13, 2021

                                            s/Gershwin A. Drain_____
                                            U.S. DISTRICT COURT JUDGE

**APPROVED AS TO FORM
NOTICE OF ENTRY WAIVED**

*/s/ Gary T. Miotke (w/permission)*
Gary T. Miotke (P41813)
Attorney for Plaintiff

*/s/ Nicholas J. Ranke*
Nicholas J. Ranke (P77908)
Attorney for Defendants